IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIE LOUIS THOMPSON,**<br><br>             Petitioner,<br><br>     v.<br><br>**G.J. JANDA, Warden,**<br><br>             Respondent. | Case No. C 12-02850 CW (PR)<br><br>[~~PROPOSED~~] **ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO ORDER TO SHOW CAUSE** |

For good cause shown, the time for the serving and filing of respondent's responsive pleading in this case is extended to and including March 3, 2013.  If petitioner wishes to respond to the responsive pleading, he must do so by filing a traverse with the Court and serving it on respondent within 30 days from the receipt of the answer.

Dated: 1/24/2013

_____
The Honorable Claudia Wilken

1

[Proposed] Order (C 12-02850 CW (PR))