IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE LOUIS THOMPSON,

    Petitioner,

  v.

G.J. JANDA, Warden,

    Respondent.
_____/

No. C 12-02850 CW (PR)

ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF TRAVERSE

(Docket no. 13)

    Petitioner, a state prisoner proceeding pro se, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state criminal conviction. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an eighty-one page response to the petition. Petitioner moves for leave to file a memorandum in support of his traverse, which he submitted on June 7, 2013.

    Good cause appearing, the request is GRANTED; the memorandum in support of traverse, doc. no. 14, will be considered in adjudicating the petition.

    This Order terminates Docket no. 13.

    IT IS SO ORDERED.

Dated: 12/19/2013

    _____
    CLAUDIA WILKEN
    UNITED STATES DISTRICT JUDGE