IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LOUIS THOMPSON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>G.J. JANDA, Warden,<br><br>　　　　Respondent.<br>_____/ | No. C 12-02850 CW (PR)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF TRAVERSE<br><br>(Docket no. 13) |

　　Petitioner, a state prisoner proceeding pro se, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state criminal conviction.  The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse.  Respondent has filed an eighty-one page response to the petition.  Petitioner moves for leave to file a memorandum in support of his traverse, which he submitted on June 7, 2013.

　　Good cause appearing, the request is GRANTED; the memorandum in support of traverse, doc. no. 14, will be considered in adjudicating the petition.

　　This Order terminates Docket no. 13.

　　IT IS SO ORDERED.

Dated: 12/19/2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE