IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE LOUIS THOMPSON,

    Petitioner,

  v.

ERIC ARNOLD, Warden,

    Respondent.

No. C 12-2850 CW (PR)

JUDGMENT

For the reasons stated in the Court's Order denying the petition for a writ of habeas corpus, judgment is hereby entered in favor of Respondent.  Each party shall bear his own costs.

The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: January 8, 2016

_____
CLAUDIA WILKEN
United States District Judge